NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEVIN IMES,**
*Plaintiff-Appellee,*

**and**

**AMY IMES,**
*Plaintiff,*

v.

**RAYMOND M. GALASSO and VERVE, LLC,**
*Defendants-Appellants.*

---

2011-1113

---

Appeal from the United States District Court for the Western District of Texas in No. 10-CV-0373, Judge Sam Sparks.

---

**JUDGMENT**

---

EARL L. VICKERY, Law Office of Lanny Vickery, of Austin, Texas, argued for plaintiffs-appellees.

EDWARD J. MARSHALL, Edward J. Marshall Attorney at Law, P.L.L.C., of Austin, Texas, argued for defendants-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 5, 2011                    /s/ Jan Horbaly
Date                                      Jan Horbaly
                                               Clerk